UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

ELLENBURG, ET AL.,

           Plaintiffs,      08 Civ. 10475 (JGK)

  - against -                 <u>ORDER</u>

JA SOLAR HOLDINGS CO. LTD., ET AL.,

           Defendants.
---

JOHN G. KOELTL, District Judge:

    The Clerk is directed to close Docket No. 38, the defendants' motion to dismiss the Amended Complaint. The plaintiffs have filed a Second Amended Complaint and the defendants' have moved to dismiss the Second Amended Complaint. Therefore, the motion to dismiss the Amended Complaint is **denied** as moot.

SO ORDERED.

Dated:    New York, New York
            January 8, 2010

                                                 /s/ John G. Koeltl
                                                 John G. Koeltl
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/10